

```
 1
 2  Peter Cianchetta , SBN: 220971
    Law Office of Peter Cianchetta
 3  8830 Elk Grove Blvd.
    Elk Grove, CA 95624-1811
    Tel: 916-685-7878
 4
 5  Attorney for Debtors:
    WILLIAM PETERSEN & TRACI PETERSEN
```

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 2010-29116 |
|---|---|
| WILLIAM PETERSEN | Mtn. Ctrl. No. PLC-01 |
| | Hearing Date: July 20, 2010 |
| TRACI PETERSEN | Time: 9:32 AM |
| | The Honorable Thomas C. Holman |
| ,Debtors | Courtroom 32 - Dept B |

### MOTION TO CONFIRM

### FIRST AMENDED CHAPTER 13 PLAN

WILLIAM PETERSEN and TRACI PETERSEN, the debtors and petitioners herein, hereby move this Court for an Order Confirming first Amended Chapter 13 Plan. In support of this Motion, the Debtors respectfully represent:

1. The Petitioners are the Debtors in Chapter 13 in the above-captioned bankruptcy case, having filed a petition for relief on April 9, 2010. Jan P. Johnson, Trustee has been duly appointed to serve as the Chapter 13 Trustee on this case.

2. Pursuant to Title 11, US Codes §341, a Meeting of Creditors was conducted by the Chapter 13 Trustee on May 27, 2010 . The Trustee has since concluded this meeting.

3. A Chapter 13 Plan was originally filed on April 9, 2010. A true and correct copy of the first Amended Plan was most recently filed on April 14, 2010. The Plan was amended change the number of months of the plan life.

4. The first Amended Plan has been proposed in good faith.

5. The first Amended Plan proposes to pay the allowed unsecured claims an amount not less than they would have been paid if the estate of the Debtors was liquidated under the provisions of Title 11, US Codes, Chapter 7.

6. The Debtors have made all payments to the Trustee pursuant to the provisions of the first Amended Plan.

7. The Debtors have no Domestic Support Obligations, as defined.

8. Pursuant to 11 US Codes §1308, the Debtors have filed all applicable Federal, State and Local tax returns.

## RESTATEMENT

WHEREFORE, the Debtors request the Court to confirm the first Amended Chapter 13 Plan.

## CERTIFICATION

I, Peter Cianchetta, hereby certify under penalty of perjury that I have read the foregoing Motion to Confirm First Amended Chapter 13 Plan. I further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed on June 3, 2010.

Peter Cianchetta
Law Office of Peter Cianchetta
8830 Elk Grove Blvd.
Elk Grove, CA 95624-1811