

FILED
June 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002679506

2

Peter Cianchetta , SBN: 220971
Law Office of Peter Cianchetta
8830 Elk Grove Blvd.
Elk Grove, CA 95624-1811
Tel: 916-685-7878

Attorney for Debtors:
WILLIAM PETERSEN & TRACI PETERSEN

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 2010-29116 |
|---|---|
| WILLIAM PETERSEN | Mtn. Ctrl. No. PLC-01 |
| | Hearing Date: July 20, 2010 |
| TRACI PETERSEN | Time: 9:32 AM |
| | The Honorable Thomas C. Holman |
| ,Debtors | Courtroom 32 - Dept B |

## NOTICE OF MOTION TO CONFIRM

## FIRST AMENDED CHAPTER 13 PLAN

TO: THE CHAPTER 13 TRUSTEE, JAN P. JOHNSON, TRUSTEE; THE UNITED STATES TRUSTEE; AND TO ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that on July 20, 2010, at 9:32 AM, or as soon thereafter as the matter may be heard, in Courtroom 32 - Debt B of the U.S. Bankruptcy Court, Eastern District of California, William Petersen and Traci Petersen, the Debtors herein, by and through the Debtors' attorney of record will move the Court for an Order Confirming First Amended Chapter 13 Plan.  The Hearing will be conducted at:

US Bankruptcy Court

501 I Street - Suite 3-100

Sacramento, CA 95814

Said motion will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, by the declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Bankruptcy Rule 9014-1(f)(1)(ii), written opposition to this motion must be served and filed with the court at least fourteen (14) calendar days preceding the date or continued date of the hearing. Failure to file timely written opposition to this motion may result in the motion being resolved without oral argument and the striking of untimely written opposition. The last day to file written opposition is July 6, 2010.

DATED: June 3, 2010

_____
Peter Cianchetta, Esq
Law Office of Peter Cianchetta