

FILED
June 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002679503

2

Peter Cianchetta , SBN: 220971
Law Office of Peter Cianchetta
8830 Elk Grove Blvd.
Elk Grove, CA 95624-1811
Tel: 916-685-7878

Attorney for Debtors:
WILLIAM PETERSEN & TRACI PETERSEN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 2010-29116 |
|---|---|
| WILLIAM PETERSEN | Mtn. Ctrl. No. PLC-01 |
| | Hearing Date: July 20, 2010 |
| TRACI PETERSEN | Time: 9:32 AM |
| | The Honorable Thomas C. Holman |
| ,Debtors | Courtroom 32 - Dept B |

## JOINT DECLARATION IN SUPPORT OF MOTION TO CONFIRM FIRST AMENDED PLAN

We, William Petersen and Traci Petersen, the Debtors herein declare:

1. The matters as set forth in this declaration are true of our own knowledge; and, if called upon to do so, we could and would competently testify to them.

2. We are each Debtors in the above-entitled Bankruptcy case.

3. Pursuant to the provisions of our first Amended Chapter 13 Plan

    a. The Plan complies with all applicable laws.

    b. Any fees or charges required by the Court have been paid in full.

    c. The First Amended Chapter 13 Plan is proposed in good faith and not by any means forbidden by law.

    d. All allowed unsecured claims will receive at least as much as they would have received had the Bankruptcy estate been liquidated under the provisions of Chapter 7 of Title 11 US Codes.

    e. All secured creditors provided for by the First Amended Chapter 13 Plan have either accepted the Plan or we have provided for the surrender of property securing their claims.

    f. The First Amended Chapter 13 Plan provides to pay the creditors pursuant to the provisions of 11 US Codes §1325(a)(5)(B).

    g. We will be able to make the payments under the terms of the First Amended Chapter 13 Plan and comply with the plan according to the amended Schedules I & J.

    h. Our petition was filed in good faith.

    i. As shown in our Bankruptcy Schedules, there are no Domestic Support Obligations, as defined.

    j. We have filed all tax returns that have been required to be filed.

4. The Chapter 13 Plan was amended change the number of months of the plan life.. We therefore join with our attorney in moving this Court to Confirm our Plan.

## CERTIFICATION

We, William Petersen and Traci Petersen, hereby certify under penalty of perjury that we have read the foregoing Joint Declaration In Support of Motion to Confirm First Amended Plan. We further certify that the contents thereof are true and correct to the best of our knowledge and belief. Executed at Elk Grove CA on June 3, 2010.

_____    _____
William Petersen                                              Traci Petersen