

2

Peter Cianchetta , SBN: 220971
Law Office of Peter Cianchetta
8830 Elk Grove Blvd.
Elk Grove, CA 95624-1811
Tel: 916-685-7878

Attorney for Debtors:
WILLIAM PETERSEN & TRACI PETERSEN

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WILLIAM PETERSEN<br><br>TRACI PETERSEN<br><br>　　　　　　　　　　　,Debtors | Case No.: 2010-29116<br><br>Mtn. Ctrl. No. PLC-01<br>Hearing Date: July 20, 2010<br>Time: 9:32 AM<br>The Honorable Thomas C. Holman<br>Courtroom 32 - Dept B |

## PROOF OF SERVICE BY MAIL

I, Kelly Hammonds, hereby declare that I am a citizen of the United States and a resident of the Eastern District of California, over the age of eighteen (18) years, and not a party to the within action. On June 3, 2010, I served by regular U.S. mail the following documents (a) Amended Plan (b) Notice of Motion to Confirm First Amended Plan, (c) Motion to Confirm First Amended Plan, and (d) Joint Declaration In Support of Motion to Confirm First Amended Plan on the parties listed herein below by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as shown on the attached page(s). I, Kelly Hammonds, declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on June 3, 2010, at 8830 Elk Grove Blvd., Elk Grove, CA 95624-1811.

*/s/ Kelly Hammonds*

Kelly Hammonds

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-2<br>Case 10-29116<br>Eastern District of California<br>Sacramento<br>Tue Apr 27 14:58:18 PDT 2010 | American Express Travel Related Services Co,<br>Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Bank Of America<br>Po Box 17054<br>Wilmington DE 19850-7054 |
| CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle WA 98111-9221 | Capital 1 Bank<br>Attn C O TSYS Debt Management<br>Po Box 5155<br>Norcross GA 30091-5155 | Chase<br>Po Box 15298<br>Wilmington DE 19850-5298 |
| Chase Manhattan Mortga<br>10790 Rancho Bernardo Rd<br>San Diego CA 92127-5705 | Peter L. Cianchetta<br>8830 Elk Grove Blvd<br>Elk Grove, CA 95624-1811 | Citibank Usa<br>Attn Centralized Bankruptcy<br>Po Box 20507<br>Kansas City MO 64195-0507 |
| County of Sacramento<br>10669 Coloma Road<br>Rancho Cordova CA 95670-4001 | Disney Vacation Club Development<br>200 Celebration Place<br>Celebration FL 34747-5483 | Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| GMAC Mortgage, LLC<br>c/o Jacque A. Gruber<br>4375 Jutland Dr #200<br>PO Box 17933<br>San Diego, CA 92177-7921 | Jacque A. Gruber<br>4375 Jutland Drive #200<br>PO Box 17933<br>San Diego, CA 92177-7921 | Thomas Holman<br>Sacramento Division<br>U.S. Bankruptcy Court<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814-7303 |
| Home Comings Financial<br>Attention Bankruptcy Dept<br>1100 Virginia Drive<br>Fort Washington PA 19034-3204 | Jan P. Johnson<br>PO Box 1708<br>Sacramento, CA 95812-1708 | Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 |
| Traci Petersen<br>5709 Tall Grass Way<br>Elk Grove, CA 95758-6859 | William Petersen<br>5709 Tall Grass Way<br>Elk Grove, CA 95758-6859 | Shedrick O Davis<br>JP Morgan Chase Legal Department<br>300 S Grand Ave<br>Los Angeles CA 90071-3109 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20