FILED
August 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002852786

1  EDDIE R. JIMENEZ (CA SBN 231239)
   PITE DUNCAN, LLP
2  4375 Jutland Drive, Suite 200
   P.O. Box 17933
3  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
4  Facsimile: (619) 590-1385

5  Attorneys for RESIDENTIAL FUNDING COMPANY, LLC FKA RESIDENTIAL FUNDING CORPORATION.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| In re | Case No. 10-29116-A-13J |
|---|---|
| WILLIAM PETERSEN AND TRACI PETERSEN, | Chapter 13 |
| | D.C. No. PD-1 |
| | PROOF OF SERVICE BY MAIL AND/OR E-MAIL |
| Debtor(s). | |

I, Justin N. Wade, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On August 13, 2010, I served the CONDITIONAL NON-OPPOSITION TO DEBTOR'S MOTION TO VALUE COLLATERAL in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, and/or by sending an e-mail pursuant to Local Bankruptcy Rule 7005-1(d)(1) with copies of the above referenced documents attached thereto, to the registered e-mail addresses as follows :

SEE ATTACHED SERVICE LIST.

In addition the U.S. Trustee will be served via email pursuant to Local Bankruptcy Rule 7005-1(d)(1).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 13, 2010, at San Diego, California.

                                                /s/ Justin N. Wade_____
                                                JUSTIN N. WADE

# SERVICE LIST

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| **CHAPTER 13 TRUSTEE** | **DEBTOR(S)** |
| Jan P. Johnson<br>PO Box 1708<br>Sacramento, CA 95812 | William Petersen<br>5709 Tall Grass Way<br>Elk Grove, CA 95758  and Traci Petersen<br>5709 Tall Grass Way<br>Elk Grove, CA 95758 |
| **US TRUSTEE** | |
| Department of Justice<br>Eastern District of California - Sacramento Division<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814<br>ustpregion17.sc.ecf@usdoj.gov | **DEBTOR(S) ATTORNEY**<br><br>Peter L. Cianchetta<br>8830 Elk Grove Blvd<br>Elk Grove, CA 95624-1811 |