# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | William Petersen and Traci Petersen | **Case No :** | 10-29116 - B - 13J |
| | | **Date :** | 8/17/10 |
| | | **Time :** | 09:32 |
| **Matter :** | [32] - Motion/Application to Value Collateral of Home Comings Financial [PLC-2] Filed by Joint Debtor Traci Petersen, Debtor William Petersen (pdes) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion to value collateral pursuant to Fed. R. Bankr. P. 3012 and 11 U.S.C. § 506(a), is granted. $0.00 of Home Comings Financial's claim secured by the second deed of trust on real property located at 5709 Tall Grass Way, Elk Grove, CA 95758 ("Property") is a secured claim, and the balance of its claim is an unsecured claim.

Dated: August 19, 2010

Thomas C. Holman
United States Bankruptcy Judge