2010-29116
FILED
September 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002888882

2

Peter Cianchetta , SBN: 220971
Law Office of Peter Cianchetta
8830 Elk Grove Blvd.
Elk Grove, CA 95624-1811
Tel: 916-685-7878

Attorney for Debtors:
WILLIAM  PETERSEN & TRACI  PETERSEN

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 2010-29116 |
| WILLIAM  PETERSEN | Mtn. Ctrl. No. PLC-01 |
| TRACI  PETERSEN | Hearing Date: August 18, 2010 |
| | Time: 9:32 AM |
| | The Honorable Thomas C. Holman |
| ,Debtors | Courtroom 32 - Dept B |

**ORDER  CONFIRMING  FIRST  AMENDED  PLAN FILED APRIL 14, 2010**

**ORDER  CONFIRMING  ATTORNEY'S  FEES**

The Court finds that the First Amended Plan of the above-named Chapter 13 Debtors has been transmitted to all creditors.  The Court further finds, after notice and opportunity for a hearing that the Debtors' First Amended Plan satisfies and complies with the requirements of 11 U.S. Codes §1325.

It is therefore **ORDERED** that the Plan is confirmed.

It is further **ORDERED** that

1. The Debtor  shall  immediately  notify,  in  writing,  the  Clerk  of  the  United  States Bankruptcy Court as well as the Chapter 13 Trustee of any change in the Debtors' address;

RECEIVED
August 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002888882

2.  The Debtor shall immediately notify the Chapter 13 Trustee of any termination of, reduction of, or other change in the employment of either Debtor; and

3.  The Debtors shall appear in Court whenever notified to do so by the Court.

It is finally **ORDERED** that the fees for the Debtors' attorney in the full amount of $3,500.00 are approved, $ 879.00 of which was paid prior to the filing of the petition.  Provided that the attorney and the Debtors have executed and filed a "Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys", the balance of $2,621.00 shall be paid by the Chapter 13 Trustee from plan payments at the rate specified in the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases.

_____
Approved as to form by
Jan P. Johnson, Trustee, Chapter 13 Trustee

Dated: September 08, 2010

_____
Thomas C. Holman
United States Bankruptcy Judge